ORIGINAL

FILED
AUG 7 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**VETERAN SOLUTIONS, INC.**

*Plaintiff,*

**vs.**

**UNITED STATES OF AMERICA**

*Defendant.*

**Case No:** 08-564 C

**COMPLAINT**

Plaintiff, Veteran Solutions, Inc. ("VSI"), by counsel, hereby files this Complaint against the United States Department of Homeland Security, United States Coast Guard (hereinafter "USCG") an agency of the United States of America, and for cause states as follows:

**JURISDICTIONAL STATEMENT**

1. Jurisdiction of this matter is conferred by 28 U.S.C. § 1491(a)(1) as this is a claim against the United States upon an express or implied contract with the United States. Jurisdiction of this matter is further conferred by 28 U.S.C. § 1491(a)(2) as this action arises from an appeal of a contracting officer's decision under the Contract Disputes Act of 1978, 41 U.S.C. § 601 *et. seq*.

**FACTUAL BACKGROUND**

2. VSI is incorporated in the Commonwealth of Virginia and is engaged in the business of construction contracting.

3. On September 9, 2007, VSI was awarded a Contract by the USCG to perform certain construction work to build a "New C2CEN Modular Classroom Building, USCG, ISC Portsmouth, VA, Contract Number HSCG83-07-C-3WG261 (hereinafter the "Contract"). A copy of the Notice of Award is attached hereto as Exhibit 1 and incorporated by reference herein.

**COUNT I**
**Breach of Contract**

4. Plaintiff hereby incorporates by reference the allegations contained in Paragraphs 1 through 3 above as if fully set forth herein.

5. Pursuant to the Contract, VSI commenced work on the project and rendered services to the USCG in amount of $831,653.00.

6. VSI has complied with each and every requirement of the Contract except where such requirement may have been waived, excused or prevented by USCG.

7. On or about April 30, 2008, VSI submitted its final billing to USCG for payment for final payment, in the amount of $12,635.00. A copy of the final billing is attached hereto as Exhibit 2 and incorporated by reference herein.

8. Pursuant to FAR § 52.232-27, payment was due on or before June 1, 2008, but USCG failed and refused to make payment.

9. On or about June 30, 2008, VSI submitted a claim under the Contract's dispute clause (FAR § 52.233-1) and requested that USCG's Contracting Officer render a final decision. A copy of the June 30, 2008 claim letter is attached hereto as Exhibit 3 and incorporated by reference herein.

10. The Contracting Officer received the June 30, 2008 claim by certified mail on July 3, 2008, as evidenced by U.S. Postal Service Certified Mail Receipt. A copy of the Certified Mail Receipt is attached hereto as Exhibit 4 and incorporated by reference herein.

11. Pursuant to the Contract's Disputes Clause, FAR § 52.233-1 (e): "For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request."

12. To date, the Contracting Officer has not made a final decision on VSI's claim

dated June 30, 2008. (Exhibit 3). Pursuant to the Contract Disputes Act 41 U.S.C. § 605 (c)(5), the failure of the USCG to respond to VSI's request for a final determination is deemed a denial.

13. Pursuant to the Contract's dispute clause, FAR 52.233-1 (h), the Government shall pay interest on the amount found due and unpaid from the date that the Contracting Officer receives the claim.

14. The USCG failed and refused to pay in full for all services, causing damages to VSI in the amount of $12,635.00, plus interest.

WHEREFORE, Plaintiff, Veteran Solutions, Inc., hereby requests that this Honorable Court enter judgment in its favor and against the United States in the amount of $12,635.00 plus interest and costs of this action, and for such other relief as this Court finds appropriate.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

Dated: August 6, 2008

By: ______________________________

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: dspence@gstlaw.com

Attorneys for Veteran Solutions, Inc.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **VETERAN SOLUTIONS, INC.**<br>*Plaintiff,*<br>**vs.**<br>**UNITED STATES OF AMERICA**<br>*Defendant.* | **Case No: ______________** |

**RCFC RULE 7.1 (a) DISCLOSURE STATEMENT**

Plaintiff, Veteran Solutions, Inc. ("VSI"), by counsel, pursuant to RCFC, Rule 7.1(a) hereby files this disclosure statement as follows:

1. No corporation holds 10% or more of the stock of Veteran Solutions, Inc.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

Dated: August 6, 2008

By: ______________________________

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: despence@gstlaw.com

Attorneys for Veteran Solutions, Inc.