U.S. Department of Homeland Security

United States Coast Guard

Commanding Officer
United States Coast Guard
Civil Engineering Unit

1240 East Ninth Street
Room 2179
Cleveland Ohio 44199-2060
Staff Symbol: CP
Phone: (216) 902-6216
Fax: (216) 902-6278
Email: Pamela.M.Komer@uscg.mil

508246
09/27/07

EMAILED 09/27/07

NOTICE OF AWARD

Veteran Solutions Inc.
100 Seventh St, Ste. 106
Portsmouth, VA 23704

SUBJ: Contract **HSCG83-07-C-3WG261**; New C2CEN Modular Classroom Building, USCG ISC Portsmouth, VA

Dear Sir:

The subject contract has been awarded to Pride Enterprises, Inc. in the amount of $819,557.00 (B-1 $735,233.00, B-2 $63,708.00 and B-4 $20,616.00). The subject contract is awarded to you as of today, 27 September 2007. Please note that the *contract number differs from the solicitation number*, the contract number **HSCG83-07-C-3WG261** must appear in the subject line on all correspondence, submittals, e-mails (subject line) and invoices. (NOTE: The Contracting Officer shall be "copied" on all correspondence, including e-mails sent to any individual with regards to this contract. The Contract Number shall also be cited in the Subject line.)

Enclosed are copies of Standard Form 25 and 25A and Standard Form 1413 that are required to be completed in the appropriate spaces. The Standard Form 25, Performance Bond and Standard Form 25A, Payment Bond, are to be executed in the amount of 100% of the contract price with associated Power of Attorney. For the SF-1413 – Statement of Acknowledgement, the Prime Contractor is to complete Part I – Statement of Prime Contractor and the Subcontractor is to execute Part II – Acknowledgment of Subcontractor. The executed Bonds and Statement of Acknowledgment (SF-1413) shall be submitted within TEN days after receipt of this letter. A Certificate of Insurance or proof of insurance is required within FIFTEEN days after receipt of this letter.

Upon completion of the above mentioned forms, retain one copy each for your files. Return the original and all remaining paper to the Contracting Officer, Attn: **Pamela M. Komer** for execution by the Government. Upon review and approval of the Bond(s) a Notice to Proceed will be issued.

NOTE: DO NOT PROCEED WITH ANY WORK UNTIL THE CONTRACTING OFFICER HAS ISSUED A NOTICE TO PROCEED.

After completion of work under the contract, complete and return the enclosed Department of Homeland Security Form DHS 0700-03, Contractor's Release, with the FINAL payment invoice. Retain one copy for your files.

Contractors are responsible for obtaining their own payroll forms. Form WH-347 is for voluntary use by contractors and subcontractors on Federally or Federally-assisted construction contracts subject to the Davis-Bacon and related Acts. In the event that you use your own payroll forms, a Statement of Compliance, DD-879, must accompany your weekly payroll. The forms WH-347 and DD-879 are available at a nominal cost at the U.S. Government Printing Office, Washington, DC 20402.

The "Equal Employment Opportunity" and "Wage Rate" posters must be posted by contractors and first tier subcontractors in all employment offices and on principal bulletin boards or other places used for providing information to employees. Posters may be obtained at www.dol.gov/osbp. This office no longer provides copies of the posters.

Reminder: Contractors doing business with the U.S. Government are required to be registered in the CCR database. No payment can be made until you are registered. You can register online in the Central Contractor Registration (CCR) database at www.ccr.dlsc.dla.mil. All invoices shall include the contractor's DUNS Number.

All progress payment requests shall be in the form of an invoice. Progress Payments will normally be issued on a one per month basis unless special arrangements are made with the Contracting Officer. Contractor and subcontractors shall submit payrolls directly to me. Again, all questions shall be directed to me at (216) 902-6216, fax (216) 902-6278 or via e-mail to Pamela.M.Komer@uscg.mil.

Sincerely,

PAMELA M. KOMER
Contracting Officer

Encl: (1) SF-1413 – Electronic Copy
(2) SF-25A & SF-25 – Electronic Copy
(3) DD-879 & WH-347 – Electronic Copies
(4) DHS 0700-03 – Contractor's Release – Electronic Copy
(5) Contract HSCG83-07-C-3WG261
(6) Sample Invoice – Electronic Copy
(6) COTR Designation Memo

Copy: CEU Cleveland (cp) (cn/Hout)