B-W
receipt
VSI #1

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

June 30, 2008

***VIA CERTIFIED MAIL #7005 0390 0006 2196 2934***
***RETURN RECEIPT REQUESTED***
Pamela M. Komer, Contracting Officer
United States Coast Guard
Civil Engineering Unit
1240 East Ninth Street (Room 2179)
Cleveland, OH 44199-2060

***Re:*** ***Veteran Solutions Incorporated***
***Contract No. HSCG83-07-R-3WG261***
***Modular Classroom ISC Portsmouth***

Dear Ms. Komer:

As you are aware this office represents Veteran Solutions Incorporated, the Coast Guard's contractor on the above referenced contract.

Enclosed please find VSI's Submission of Claim under the above referenced contract and Request for a Final Contracting Officer's Decision.

Please feel free to contact me if you have any questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr.

DHS/ds
enclosures
cc: VSI

K:\Spence\Wordperfect\Veteran Solutions, Inc\Claim Cover letter.wpd

★VSI

# VETERAN SOLUTIONS, INCORPORATED

814 W Diamond Ave., Suite 205
Gaithersburg, Maryland 20878
P 301-212-4200 F 301-212-4208

100 Seventh Street, Suite 105B
Portsmouth, Virginia 23704
P 757-399-0217 F 757-399-0218

www.veteransolutions.net

June 27, 2008

***VIA CERTIFIED MAIL #***
***RETURN RECEIPT REQUESTED***

Pamela M. Komer, Contracting Officer
United States Coast Guard
Civil Engineering Unit
1240 East Ninth Street (Room 2179)
Cleveland, OH 44199-2060

***Re:*** ***Veteran Solutions Incorporated***
***Contract No. HSCG83-07-R-3WG261***
***New C2CEN Modular Classroom Building, ISC Portsmouth***

Dear Ms. Komer:

On May 2, 2008, VSI's final invoice in the amount of $12,635.00 for the above referenced project was received in your office A copy of the invoice is enclosed. Payment was due on that invoice on or before June 1, 2008, in accordance with FAR 52.232-27.

Information received from the USCG Finance Center indicates that not only has the invoice not been paid, it has not even been entered into the system. Payment of the invoice is now four (4) weeks overdue.

Please accept this letter as the submittal of a claim under FAR 52.233-1 (Disputes). Pursuant to Sec. 52.233-1(e), I am hereby requesting a final contracting officer's decision within sixty (60) days of this request.

Please feel free to contact me if you require any additional information.

Very truly yours,

J. Robert Lambert
Project Manager

Enclosures

VSI

# VETERAN SOLUTIONS, INCORPORATED

100 Seventh Street, Suite 105B
Portsmouth, VA 23704
(757) 399-0217 (757) 399-0218 Fax

**Sent Via UPS Ground**

TO: Pamela Komer, Contracting Officer
United States Coast Guard
Civil Engineering Unit
1240 East Ninth Street, Room 2179
Cleveland, OH 44119-2060

| Date: | 04/30/08 | VSI Job No: | V700008 |
|---|---|---|---|
| RE: | | | |
| | **Contract No: HSCG83-07-C-3WG261** | | |
| | **Project No: 508246** | | |
| JOB: | **New C2CEN Modular Classroom Building** | | |
| | **USCG ISC, Portsmouth, VA** | | |

WE ARE SENDING YOU ☒ **Attached** ☐ Under separate cover via _____ the following items:

☐ Shop Drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Submittals ☐ Change order ☒ Other: **FINAL BILLING**

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 2 | 04/28/08 | | **Request for Payment #05 - $12,635.00** |
| | | | ▪ Pay Application Certification |
| | | | ▪ Contractor's Release |
| | | | ▪ Project Schedule |
| | | | ▪ Submittal Register |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

☒ **For approval** ☐ Approved as submitted ☐ Resubmit 8 copies for approval

☒ **For your use** ☐ Approved as noted ☐ Submit _______ copies for distribution

☒ **As requested** ☐ Returned for corrections ☐ Return 0 corrected prints

☐ For Review and Comment ☐ Other: ____________

☐ FOR BIDS DUE ____________

REMARKS:

**If there are any questions, please contact me at (757) 399-0217.**

COPY TO:
File

SIGNED:
Robert Lambert, PM

# USCG CIVIL ENGINEE[illegible]G UNIT CLEVELAND
## REQUEST FOR PAYMENT

CONTRACT: HSCG83-07-C-3WG261

DO/TO: Project #508246

INVOICE#: 05

DATE: 04/28/08 Page 1 of 3

DUNS#: 78-3846640

CONTRACTOR: Veteran Solutions, Inc.

ADDRESS: 814 W. Diamond Avenue, Suite 205
Gaithersburg, MD 20878

TO: Contracting Officer, (CEU) Cleveland

**I hereby certify, to the best of my knowledge and belief, that:**

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract:
2. Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payments covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code:
3. This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a contractor or supplier in accordance with the terms and conditions of the subcontract
4. This certification is not to be construed as final acceptance of a subcontractor's performance

Signature: [signature]

Title: Operations Manager Date: 4/28/08

Application is made for payment, as shown below in connection with the contract. The present status for the account for this contract is as follows:

| | | |
|---|---|---|
| ORIGINAL CONTRACT AMOUNT: | $ | 819,557.00 |
| NET CHANGE BY MODIFICATIONS: | $ | 12,096.00 |
| CONTRACT AMOUNT TO DATE: | $ | 831,653.00 |
| TOTAL COMPLETED & STORED TO DATE: | $ | 831,653.00 |
| LESS PAYMENT RECEIVED: | $ | 819,018.00 |
| CURRENT PAYMENT DUE: | $ | 12,635.00 |

Print phone number and mailing address of the person to be notified in event the Contracting Officer finds this application to be defective.

Address: 100 Seventh Street, Suite 105B
Portsmouth, VA 23704
ATTN: Robert Lambert, PM

Phone: (757) 399-0217

# APPLICATION FOR PAYMENT *(continued)*

Contractor: **Veteran Solutions, Inc.**

**Contract Number:** HSCG83-07-C-3WG261
**Project Name:** New C2CEN Modular Classroom

Date: 04/28/08
Application No: 5

| A<br>Item No. | B<br>Description of Work | C<br>Scheduled Value | D<br>Work Completed<br>Previous | E<br>Work Completed<br>Current | F<br>Materials Stored This Period | G<br>Total Completed & Stored to Date | %<br>Complete | H<br>Balance to Finish |
|---|---|---|---|---|---|---|---|---|
| | GENERAL REQUIREMENTS | | | | | | | |
| 2 | Bond | $11,696.00 | $11,696.00 | $0.00 | $0.00 | $11,696.00 | 100% | $0.00 |
| 3 | Mobilization - Lab | $11,312.00 | $11,312.00 | $0.00 | $0.00 | $11,312.00 | 100% | $0.00 |
| 4 | Project Mgmt & Admin - Lab | $26,950.00 | $26,411.00 | $539.00 | $0.00 | $26,950.00 | 100% | $0.00 |
| 5 | Supervision - Lab | $26,950.00 | $26,950.00 | $0.00 | $0.00 | $26,950.00 | 100% | $0.00 |
| 6 | Final Clean - Lab | $3,200.00 | $3,200.00 | $0.00 | $0.00 | $3,200.00 | 100% | $0.00 |
| 7 | Survey | $4,800.00 | $4,800.00 | $0.00 | $0.00 | $4,800.00 | 100% | $0.00 |
| 8 | Civil Design | $4,900.00 | $4,900.00 | $0.00 | $0.00 | $4,900.00 | 100% | $0.00 |
| 9 | Structural Design | $4,900.00 | $4,900.00 | $0.00 | $0.00 | $4,900.00 | 100% | $0.00 |
| 10 | Geotechnical Report | $7,200.00 | $7,200.00 | $0.00 | $0.00 | $7,200.00 | 100% | $0.00 |
| 11 | | | | | | | | |
| 12 | DIVISION 2 | | | | | | | |
| 13 | Strip Site, Rmv Trees - L | $10,200.00 | $10,200.00 | $0.00 | $0.00 | $10,200.00 | 100% | $0.00 |
| 14 | Concrete Demolition - L | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $1,550.00 | 100% | $0.00 |
| 15 | Site Grading, #57 Stone - M | $5,800.00 | $5,800.00 | $0.00 | $0.00 | $5,800.00 | 100% | $0.00 |
| 16 | Site Grading, #57 Stone - L | $6,800.00 | $6,800.00 | $0.00 | $0.00 | $6,800.00 | 100% | $0.00 |
| 17 | Fine Grade, Topsoil, Landscaping - M | $4,450.00 | $4,450.00 | $0.00 | $0.00 | $4,450.00 | 100% | $0.00 |
| 18 | Fine Grade, Topsoil, Landscaping - L | $7,500.00 | $7,500.00 | $0.00 | $0.00 | $7,500.00 | 100% | $0.00 |
| 19 | | | | | | | | |
| 20 | DIVISION 3 | | | | | | | |
| 21 | Foundation / Footings - M | $4,800.00 | $4,800.00 | $0.00 | $0.00 | $4,800.00 | 100% | $0.00 |
| 22 | Foundation / Footings - L | $11,400.00 | $11,400.00 | $0.00 | $0.00 | $11,400.00 | 100% | $0.00 |
| 23 | Transformer Pad - M | $950.00 | $950.00 | $0.00 | $0.00 | $950.00 | 100% | $0.00 |
| 24 | Transformer Pad - L | $1,200.00 | $1,200.00 | $0.00 | $0.00 | $1,200.00 | 100% | $0.00 |
| 25 | Sidewalks / Misc - M | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $1,250.00 | 100% | $0.00 |
| 26 | Sidewalks / Misc - L | $2,550.00 | $2,550.00 | $0.00 | $0.00 | $2,550.00 | 100% | $0.00 |
| 26 | | | | | | | | |
| 27 | DIVISION 6 | | | | | | | |
| 28 | Landings, Stairs, Ramps - M | $13,000.00 | $13,000.00 | $0.00 | $0.00 | $13,000.00 | 100% | $0.00 |
| 29 | Landings, Stairs, Ramps - L | $21,600.00 | $21,600.00 | $0.00 | $0.00 | $21,600.00 | 100% | $0.00 |
| 30 | | | | | | | | |
| 31 | DIVISION 10 | | | | | | | |
| 32 | Access Flooring - M | $62,400.00 | $62,400.00 | $0.00 | $0.00 | $62,400.00 | 100% | $0.00 |
| 33 | Access Flooring - L | $8,160.00 | $8,160.00 | $0.00 | $0.00 | $8,160.00 | 100% | $0.00 |
| 34 | | | | | | | | |
| 35 | DIVISION [illegible] | | | | | | | |

| A | B | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|
| Item No. | Description of Work | Scheduled Value | Work Completed: Previous | Work Completed: Current | Materials Stored This Period | Total Completed & Stored to Date | % Complete | Balance to Finish |
| 36 | Modular Units - M | $470,000.00 | $470,000.00 | $0.00 | $0.00 | $470,000.00 | 100% | $0.00 |
| 37 | Modular Units - L | $5,874.00 | $5,874.00 | $0.00 | $0.00 | $5,874.00 | 100% | $0.00 |
| 38 | | | | | | | | |
| 39 | DIVISION 16 | | | | | | | |
| 40 | EMT x 4" - M | $820.00 | $820.00 | $0.00 | $0.00 | $820.00 | 100% | $0.00 |
| 41 | EMT x 4" - L | $1,650.00 | $1,650.00 | $0.00 | $0.00 | $1,650.00 | 100% | $0.00 |
| 42 | EMT x 4" Raintight connectors - M | $1,080.00 | $1,080.00 | $0.00 | $0.00 | $1,080.00 | 100% | $0.00 |
| 43 | EMT x 4" Raintight connectors - L | $276.00 | $276.00 | $0.00 | $0.00 | $276.00 | 100% | $0.00 |
| 44 | EMT x 4" 90˚ - M | $228.00 | $228.00 | $0.00 | $0.00 | $228.00 | 100% | $0.00 |
| 45 | EMT x 4" 90˚ - L | $50.00 | $50.00 | $0.00 | $0.00 | $50.00 | 100% | $0.00 |
| 46 | LB x 4" - M | $285.00 | $285.00 | $0.00 | $0.00 | $285.00 | 100% | $0.00 |
| 47 | LB x 4" - L | $100.00 | $100.00 | $0.00 | $0.00 | $100.00 | 100% | $0.00 |
| 48 | RGC x 4" - M | $2,280.00 | $2,280.00 | $0.00 | $0.00 | $2,280.00 | 100% | $0.00 |
| 49 | RGC x 4" - M | $1,680.00 | $1,680.00 | $0.00 | $0.00 | $1,680.00 | 100% | $0.00 |
| 50 | Sched 80 PVC x 4" - M | $300.00 | $300.00 | $0.00 | $0.00 | $300.00 | 100% | $0.00 |
| 51 | Sched 80 PVC x 4" - L | $204.00 | $204.00 | $0.00 | $0.00 | $204.00 | 100% | $0.00 |
| 52 | Sched 80 PVC x 2" - M | $792.00 | $792.00 | $0.00 | $0.00 | $792.00 | 100% | $0.00 |
| 53 | Sched 80 PVC x 2" - L | $1,320.00 | $1,320.00 | $0.00 | $0.00 | $1,320.00 | 100% | $0.00 |
| 54 | 350 KCMIL - M | $2,760.00 | $2,760.00 | $0.00 | $0.00 | $2,760.00 | 100% | $0.00 |
| 55 | 350 KCMIL - L | $1,440.00 | $1,440.00 | $0.00 | $0.00 | $1,440.00 | 100% | $0.00 |
| 56 | THHN #1 - M | $440.00 | $440.00 | $0.00 | $0.00 | $440.00 | 100% | $0.00 |
| 57 | THHN #1 - L | $336.00 | $336.00 | $0.00 | $0.00 | $336.00 | 100% | $0.00 |
| 58 | THHN 1/0 - M | $3,960.00 | $3,960.00 | $0.00 | $0.00 | $3,960.00 | 100% | $0.00 |
| 59 | THHN 1/0 - L | $2,100.00 | $2,100.00 | $0.00 | $0.00 | $2,100.00 | 100% | $0.00 |
| 60 | Transformer - M | $30,180.00 | $30,180.00 | $0.00 | $0.00 | $30,180.00 | 100% | $0.00 |
| 61 | Transformer - L | $480.00 | $480.00 | $0.00 | $0.00 | $480.00 | 100% | $0.00 |
| 62 | Panelboards - M | $3,600.00 | $3,600.00 | $0.00 | $0.00 | $3,600.00 | 100% | $0.00 |
| 63 | Panelboards - L | $1,440.00 | $1,440.00 | $0.00 | $0.00 | $1,440.00 | 100% | $0.00 |
| 64 | Trenching - M | $720.00 | $720.00 | $0.00 | $0.00 | $720.00 | 100% | $0.00 |
| 65 | Trenching - L | $2,304.00 | $2,304.00 | $0.00 | $0.00 | $2,304.00 | 100% | $0.00 |
| 66 | Saw-cutting - M | $180.00 | $180.00 | $0.00 | $0.00 | $180.00 | 100% | $0.00 |
| 67 | Saw-cutting - L | $2,160.00 | $2,160.00 | $0.00 | $0.00 | $2,160.00 | 100% | $0.00 |
| 68 | Fire Alarm - M | $12,000.00 | $12,000.00 | $0.00 | $0.00 | $12,000.00 | 100% | $0.00 |
| 69 | Fire Alarm - L | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100% | $0.00 |
| 69 | | | | | | | | |
| 70 | CHANGE ORDERS | | | | | | | |
| 71 | CO 1 - Delete cvrd walkway, relocate bldg. | ($4,494.00) | | ($4,494.00) | $0.00 | ($4,494.00) | 100% | $0.00 |
| 72 | CO 2 - Provide telconduit, repair elect. | $16,590.00 | | $16,590.00 | $0.00 | $16,590.00 | 100% | $0.00 |
| | TOTALS | $831,653.00 | $819,018.00 | $12,635.00 | $0.00 | $831,653.00 | 100% | $0.00 |

| U.S. DEPARTMENT OF HOMELAND SECURITY<br>**CONTRACTOR'S RELEASE** | OMB Control No. 1600-0002<br>Expiration Date 05/31/2004 |
|---|---|

OMB STATEMENT: This collection of information is mandatory and will be sued to fulfill the requirements of the Homeland Security Acquisition Regulation (HSAR) Public reporting burden is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, DC 20503 Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number The OMB control number for this collection is 1600-0002.

| CONTRACTOR (Name and Address) | ENTER SUM OF TOTAL AMOUNTS PAID AND PAYABLE |
|---|---|
| **Veteran Solutions, Inc.**<br>**814 W. Diamond Avenue, Suite 205, Portsmouth, VA 20878**<br><br>CONTRACT NO: **HSCG83-07-C-3WG261**<br>ORDER NO: **508246** | **$ 831,653.00** |

Pursuant to the terms of the above numbered contract and in consideration of the sum stated above, which has been paid or is to be paid to the Contractor, or its assignees, the Contractor, upon payment of the said sum by the UNITED STATES OF AMERICA (hereinafter called the Government), does remise, release, and discharge the Government, its officers, agents, and employees of and from all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract, except:

1. Specified claims in stated amounts or in estimated amounts where the amounts are not susceptible or exact statement by the Contractor, as follows: (or state "None")
2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of this contract, which are not known to the Contractor on the date of the execution of this release and of which the Contractor gives notice in writing to the Contracting Officer within the period specified in the said contract; and
3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of his indemnification of the Government against patent liability) including reasonable expenses incidental thereto, incurred by the Contractor under any provisions of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all provisions of the said contract, including without limitation those provisions relating to notification to the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this 29 day of APRIL 2008

**Veteran Solutions, Inc.**
(Contractor)

BY Robert McCool

TITLE VP OPERATIONS

**NOTE:** In the case of a corporation, witnesses are not required but the statement below must be completed.

I, Robert McCool, am the VP OPERATIONS secretary of the corporation named as Contractor in the foregoing release; that Robert McCool who signed said release on behalf of the Contractor was then VP OPERATIONS of said corporation; release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

CORPORATE SEAL)

Robert McCool
(Signature)

VSI

## HSCG83-07-C-3WG261 - C2CEN CLASSROOM BLDG

| ID | | Task Name | Duration | Start | Finish | % Work Complete |
|---|---|---|---|---|---|---|
| 1 | ✓ | Start-up Phase | 68 days | Thu 10/11/07 | Mon 1/14/08 | 100% |
| 2 | ✓ | Wateline ROW Determination | 18 days | Fri 10/12/07 | Tue 11/6/07 | 100% |
| 3 | ✓ | Building Location Determination | 17 days | Wed 11/7/07 | Thu 11/29/07 | 100% |
| 4 | ✓ | Submittals | 29 days | Thu 10/11/07 | Fri 12/28/07 | 100% |
| 5 | ✓ | Geo-technical survey | 7 days | Wed 10/17/07 | Thu 10/25/07 | 100% |
| 6 | ✓ | Design | 43 days | Mon 11/5/07 | Wed 1/2/08 | 100% |
| 7 | ✓ | Manufacture and Delivery of Modular Units | 14 days | Wed 12/26/07 | Mon 1/14/08 | 100% |
| 8 | ✓ | Mobilization | 2 days | Wed 12/12/07 | Thu 12/13/07 | 100% |
| 9 | ✓ | Temporary Facilities | 2 days | Fri 12/14/07 | Mon 12/17/07 | 100% |
| 10 | ✓ | Controls / Boundries | 2 days | Mon 12/17/07 | Tue 12/18/07 | 100% |
| 11 | ✓ | Site Phase | 27 days | Wed 1/2/08 | Thu 2/7/08 | 100% |
| 12 | ✓ | Excavate / Strip Site | 2 days | Wed 1/2/08 | Thu 1/3/08 | 100% |
| 13 | ✓ | Building Foundation | 4 days | Fri 1/4/08 | Wed 1/9/08 | 100% |
| 14 | ✓ | Transformer Pad | 1 day | Thu 1/31/08 | Thu 1/31/08 | 100% |
| 15 | ✓ | Set Transformer / Connect | 2 days | Wed 2/6/08 | Thu 2/7/08 | 100% |
| 16 | ✓ | Electrical Rough-in | 3 days | Wed 1/9/08 | Fri 1/11/08 | 100% |
| 17 | ✓ | Receive Modular Units | 1 day | Thu 1/17/08 | Thu 1/17/08 | 100% |
| 18 | ✓ | Set Modular Units | 5 days | Fri 1/18/08 | Thu 1/24/08 | 100% |
| 19 | ✓ | Electrical Connection | 2 days | Fri 2/1/08 | Mon 2/4/08 | 100% |
| 20 | ✓ | Trim-out Modular Units | 4 days | Tue 1/29/08 | Fri 2/1/08 | 100% |
| 21 | ✓ | Install Access Flooring | 4 days | Tue 1/29/08 | Fri 2/1/08 | 100% |
| 22 | ✓ | Completions Phase | 13 days | Mon 2/4/08 | Wed 2/20/08 | 100% |
| 23 | ✓ | Construct Landings & Walks | 7 days | Mon 2/4/08 | Tue 2/12/08 | 100% |
| 24 | ✓ | Site - Final Grading | 2 days | Mon 2/11/08 | Tue 2/12/08 | 100% |
| 25 | ✓ | Final Cleaning & Adjustments | 2 days | Wed 2/13/08 | Thu 2/14/08 | 100% |
| 26 | ✓ | SUBSTANTIAL COMPLETION | 0 days | Thu 2/14/08 | Thu 2/14/08 | 100% |
| 27 | ✓ | Walk-thru & Punch List | 1 day | Fri 2/15/08 | Fri 2/15/08 | 100% |
| 28 | ✓ | Complete Punch List Items | 3 days | Mon 2/18/08 | Wed 2/20/08 | 100% |




Project: Schedule-3-28-08.mpp
Date: Tue 4/29/08

Task | Split | Progress | Milestone | Summary | Project Summary | External Tasks | External Milestone | Deadline

9/2008

# SUBMITTAL REGISTER

PROJECT: New C2CEN Modular Classroom Building
Client: United States Coast Guard
GENERAL CONTR.: Veteran Solutions, Inc. (VSI)

PROJECT NO.: 508246
CONTRACT NO.: HSCG83-07-C-3WG261
PROJ. MGR.: Robert Lambert, PM

| Line # | SPEC SECTION | Paragraph | SUBM. # | SUBMITTAL DESCRIPTION | SUB SUPPLIER | DATE DUE | DATE SUBMITTED | DATE RESUBMIT | DATE APPROVED | APPROVAL REQUIRED | DATE RETURNED | STATUS | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01000 | | | GENERAL REQUIREMENTS | | | | | | | | | |
| 01 | 01010 | 1.1.1 | 07 | Modular Unit Shop Drawings <Preliminary> | Comark Bldg Systems | | 10/25/07 | | | | 11/05/07 | R | Mods made to and Incld w/ #8b |
| 02 | 01010 | 1.1.2 | 11 | Dimensioned Site Layout Plan | Burgess & Niple | | 01/02/08 | | | | | | Pending resub based on comments |
| 02a | 01010 | 1.1.2 | 11a | Dimensioned Site Layout Plan | Burgess & Niple | | 02/05/08 | | | | 02/07/08 | R | |
| 02b | 01010 | 1.1.2 | 11b | Dimensioned Site Layout Plan | Burgess & Niple | | | 02/08/08 | | | 02/15/08 | ACC | |
| 03 | 01010 | 1.1.3 | 11 | Final Landscape Planting Plan | Burgess & Niple | | 01/02/08 | | | | | | Pending resub based on comments |
| 03a | 01010 | 1.1.3 | 11a | Final Landscape Planting Plan | Burgess & Niple | | 02/05/08 | | | | 02/07/08 | R | |
| 03b | 01010 | 1.1.3 | 11b | Final Landscape Planting Plan | Burgess & Niple | | | 02/08/08 | | | 02/15/08 | ACC | |
| 04 | 01030 | 1 | 10 | Pre-Con Site Conditions | Burgess & Niple | | 12/21/07 | | | | | | |
| 05 | 01310 | 1.a | 03 | Construction Schedule - PRELIMINARY | Veteran Solutions, Inc. | | 10/17/07 | | | | 10/31/07 | R | |
| 06 | 01310 | 1.b | 05 | Schedule of Values | Veteran Solutions, Inc. | | 10/18/07 | | 10/19/07 | | 10/31/07 | ACC | |
| 07 | 01542 | 1 | | MSDS | Veteran Solutions, Inc. | | | | | | | | |
| 08 | 01310 | 2 | ---- | Progress Schedule - TO BE SUBMITTED WITH MONTHLY INVOICE | Veteran Solutions, Inc. | | | | | | | | |
| 09 | 01540 | 3.1 | 04 | Safety Plan | Veteran Solutions, Inc. | | 10/19/07 | | 10/19/07 | | 10/31/07 | ACC | |
| 10 | 01541 | 1 | ---- | Lockout/Tagout Plan - Included in Safety Plan | Included in Safety Plan | | 10/19/07 | | 10/19/07 | | | | |
| 11 | 01542 | 1 | | MSDS | Veteran Solutions, Inc. | | | | | | | | |
| 12 | 01542 | 3 | ---- | Protective Measures - Included in Safety Plan | Included in Safety Plan | | 10/19/07 | | 10/19/07 | | | | |
| 13 | 01543 | 1 | ---- | Confined Space Entry Plan - Included in Safety Plan | Included in Safety Plan | | 10/19/07 | | 10/19/07 | | | | |
| 14 | 01567 | 1.1 | | State Implementation Documentation | NOT APPLICABLE | | | | | | | | |
| 15 | 01567 | 1.2 | | Notarized Letter | NOT APPLICABLE | | | | | | | | |
| 16 | 01567 | 1.3 | ---- | VOC Rating Documentation - Not applicable | NOT APPLICABLE | | | | | | | | |
| 17 | 01567 | 2 | ---- | Spill Response Plan - Not applicable | NOT APPLICABLE | | | | | | | | |
| 18 | 01569 | 4 | ---- | Hazardous Waste Documents - Not applicable | NOT APPLICABLE | | | | | | | | |
| 19 | 01720 | 5.1 | 13 | As-Built Drawings | Veteran Solutions, Inc. | | 04/15/08 | | | | | R | |
| 19a | 01720 | 5.1 | 13a | As-Built Drawings | Veteran Solutions, Inc. | | 04/17/08 | | 04/17/08 | | 04/17/08 | AC | |
| | 02000 | | | SITEWORK | | | | | | | | | |
| 20 | 02065 | 1.4.1 | ---- | Demolition Plan | NOT APPLICABLE | | | | | | | | |
| 21 | 02490 | 1.3 | | Certification | NOT APPLICABLE | | | | | | | | |
| | 03000 | | | CONCRETE | | | | | | | | | |
| 22 | 03300 | 1.3 | 06a | Concrete Mix Design & Certs | Becker American | | 10/25/07 | 11/12/07 | 11/14/07 | | 11/14/07 | ACC | |
| 23 | 03300 | 1.3 | 06 | Welded Wire Fabric Certification | Becker American | | 10/25/07 | | 11/02/07 | | 11/05/07 | AC | |
| 24 | 03300 | 1.3 | 06a | Concrete Curing Compound Certification | Becker American | | 10/25/07 | 11/12/07 | 11/14/07 | | 11/14/07 | ACC | |
| | 13000 | | | SPECIAL CONSTRUCTION | | | | | | | | | |
| 25 | 13120 | 1.3.1 | 09 | Product Data (Modular Units) | Comark Bldg Systems | | 10/26/07 | | | | 11/05/07 | R | |
| 25A | 13120 | 1.3.1 | 09a | Product Data (Modular Units) | Comark Bldg Systems | | | 01/03/08 | | | 01/07/08 | AC w/CMT | |
| 26 | 13120 | 1.3.2 | 08 | Final Engineering Drawings | Comark Bldg Systems | | 10/26/07 | | | | 11/05/07 | R | |
| 26a | 13120 | 1.3.2 | 08a | Final Engineering Drawings (95%) | Comark Bldg Systems | | | 12/14/07 | | | 12/17/07 | R | |
| 26b | 1312b | 1.3.2 | 08b | Final Engineering Drawings (95%) | Comark Bldg Systems | | | 01/03/08 | | | 01/07/08 | AC w/CMT | |
| 27 | 13120 | 1.3.3 | 09 | Product Data (Installed Components) | Comark Bldg Systems | | 10/26/07 | | | | | | |
| 27b | 13120 | 1.3.3 | 09a | Product Data (Installed Components) | Comark Bldg Systems | | | 01/03/08 | | | 01/07/08 | AC w/CMT | |
| 28 | 13270 | 1.3.1 | 01 | Product Data (Access Flooring) | Sea-Quential Business Syst | | 10/11/07 | 10/26/07 | 11/02/07 | | 10/31/07 | ACC | |

9/2008

| Line # | SPEC SECTION | Paragraph | SUBM. # | SUBMITTAL DESCRIPTION | SUB SUPPLIER | DATE DUE | DATE SUBMITTED | DATE RESUBMIT | DATE APPROVED | APPROVAL REQUIRED | DATE RETURNED | STATUS | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28A | 13270 | 1.3.1 | 01a | Product Data (Access Flooring) | Sea-Quential Business Syst | | 10/26/07 | | 11/02/07 | | | AC w/CMT | |
| 29 | 13270 | 1.3.2 | 01 | Shop Drawings | Sea-Quential Business Syst | | 10/11/07 | | | | 10/31/07 | R | |
| 29a | 13270 | 1.3.2 | 01b | Shop Drawings | Sea-Quential Business Syst | | | 12/21/07 | | | 01/04/08 | ACC | |
| 31A | 13270 | 1.3.3 | 01a | Samples - Color Selector | Sea-Quential Business Syst | | 10/26/07 | | 11/02/07 | | 11/05/07 | ACC | w/CMT - Color Gray Starlite ST 6001 Ft |
| 31 | 13270 | 1.3.4 | 01 | Test Reports | Sea-Quential Business Syst | | 10/11/07 | | 10/18/07 | | 10/31/07 | ACC | |
| 31A | 13270 | 1.3.4 | 01a | Test Reports - Resistance Values | Sea-Quential Business Syst | | 10/26/07 | | 11/02/07 | | 11/05/07 | ACC | |
| | 16000 | | | ELECTRICAL | | | | | | | | | |
| 32 | 16050 | 1.2.2 | 02 | Electrical Certification | M-3 Electric Co. | | 10/16/07 | | 10/19/07 | | 10/31/07 | R | |
| 32A | 16050 | 1.2.2 | 02a | Electrical Certification - Resubmittal | M-3 Electric Co. | | 10/18/07 | | 10/18/07 | | 10/31/07 | ACC | |
| 33 | 16050 | 2.1 | 02 | Panelboards | M-3 Electric Co. | | 10/16/07 | | 10/18/07 | | 10/31/07 | ACC | |
| 34 | 16050 | 2.2 | 02 | Circuit Breakers | M-3 Electric Co. | | 10/16/07 | | 10/18/07 | | 10/31/07 | ACC | |
| 35 | 16050 | 2.7 | 02 | Dry Type Transformer | M-3 Electric Co. | | 10/16/07 | | 10/18/07 | | 10/31/07 | ACC | |