7005 0390 0006 2196 2934

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.07 |

Postmark Here

Sent To: Pamela M. Komer, Cont. Off., Civil Eng. Unit
U.S. Coast Guard
Street, Apt. No.; or PO Box No.: 1240 East Ninth St Rm 2179
City, State, ZIP+4: Cleveland OH 44199-2060

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pamela M. Komer
Contracting Officer
United States Coast Guard
Civil Engineering Unit
1240 East Ninth St, Rm 2179
Cleveland, OH 44199-2060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

ERIEVIEW JUL 03 2008

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 0390 0006 2196 2934

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

VSI/U,S, Coast Guard: